THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* ALBERT BRISBANE
and others, *Respondents*, v. JOHN ZOLL and others, *Assessors*,
*etc.*, *Appellants.* — Judgment of Special Term affirmed with one
taxed bill of costs to the respondents. *Held*, that it is clearly to
be inferred from the appeal book that the assessors in reaching
the conclusion that no damages were sustained by the relators'
set-off against the damages proved, the benefits which were found
to have accrued to the relators from the change of grade, and in
so doing, as we think, violated a rule of law. *Held*, also, that
the statutory limitation of one year did not begin to run until the
physical change of grade was actually made.

GEORGE H. GILBERT, *Respondent*, v. SHADRACH GROFF, *as Admin-
istrator, etc., Appellant.* — Judgment and order reversed and
new trial ordered, costs to abide event. *Held*, that the part of
the charge which related to defendant's refusal to answer the
question in regard to taking security from Mrs. Whitney, was
erroneous, and the defendant's exception thereto was well
taken.

JESSE B. ANTHONY, *Respondent*, v. LEONARD SEATON, *as Sheriff,
etc., Appellant.* — Judgment of County Court affirmed.

MORRIS F. SHEPPARD, *Appellant*, v. FRANK EARLE, *Respondent.* —
Judgment reversed and new trial ordered, costs to abide event.
*Held*, that as the complaint contains sufficient allegations to con-
stitute a cause of action for the recovery of the money paid, on
the ground of an entire failure of consideration, all the other
allegations may be disregarded, and a recovery may be had on
that ground if the evidence warrants it. (33 N. Y., 581; 42 id.,
83.) This point was not passed upon on the former appeal, all
that was then held being that an action for a breach of warranty
could not be maintained upon the facts proved.

CARLON CHURCH, *Respondent*, v. CHARLES VAN BUREN and others,
*Appellants.* — Judgment affirmed. The only question raised by
the appeal is *res adjudicata* in this court. (55 How. Pr., 489;
see, also, *Earl v. David*, 20 Hun, 527, and *McKennan v. Frazer*,
23 Alb. L. J., 255.)

RICHMOND PUTNAM, *Respondent*, v. ALPHONZO MATTHEWSON and
another, *Appellants.* — Declined to be heard, there being no evi-
dence in the appeal papers that the case has been settled accord-
ing to rule 32.